IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **STEVEN EDWARD RATHBUN,** | 2:06-cv-01311 GEB PAN P |
| Petitioner, | **ORDER** |
| v. | |
| **K. PROPSER, Warden,** | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 8, 2006, respondent filed a request for an enlargement of time within which to file an answer to petitioner's petition. Good cause appearing, respondent's request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's September 8, 2006, request for an enlargement of time is granted; and

2. Respondent is granted an extension of time to and including October 11, 2006, for the purpose of filing a response in this action.

DATED: September 12, 2006.

UNITED STATES MAGISTRATE JUDGE

14; rath1311.ext

1