IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN EDWARD RATHBUN,

   Petitioner,        No. CIV S-06-1311 GEB EFB P

  vs.

K. PROPER, Warden,

   Respondent.       ORDER

_____/

  Petitioner is a prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 18, 2007, and August 17, 2007, petitioner filed requests for a copy of the docket in his case and for a copy of the answer filed by respondent on October 11, 2006. Respondent's proof of service shows service of the answer was directed to petitioner's address of record. Petitioner is not entitled to additional copies at the expense of the court. The Supreme Court has declared that "the expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress . . . ." *Tedder v. Odel*, 890 F.2d 210, 211-212 (9th Cir. 1989)(citing *United States v. MacCollom*, 426 U.S. 317, 321 (1976)).

////

////

////

1

Accordingly, it is ORDERED that petitioner's June 18, 2007, and August 17, 2007, requests are denied.

Dated: October 9, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE