IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EDWARD RATHBUN,<br>        Petitioner,<br>  v.<br>K. PROPSER, Warden,<br>        Respondent.<br>_____/ | Case No. CIV S-06-1311 VAP<br>**[Motion filed on December 14, 2009]**<br>**ORDER (1) DENYING MOTION FOR APPOINTMENT OF COUNSEL; (2) ORDERING COPY OF ANSWER BE SERVED UPON PETITIONER; and (3) EXTENDING TIME FOR PETITIONER TO FILE A TRAVERSE** |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. The petition was filed on June 29, 2006.  On January 5, 2009, the action was transferred to this Court pursuant to an Order of Designation of Judge to Serve in Another District Within the Ninth Circuit.

    On October 9, 2007, Petitioner filed a motion seeking (1) the appointment of counsel and (2) leave to file an untimely traverse.  Respondent filed no opposition.  On October 12, 2007, Magistrate Judge Brennan issued an order denying the appointment of counsel.  On December 1,

2009, this Court granted Petitioner leave to file an untimely traverse on the basis that he was never properly served with a copy of Respondent's answer to his petition.

On December 14, 2009, Petition filed the instant motion, requesting that court appoint counsel in light of the prejudice caused by (1) the delay in ruling on his motion to file an untimely traverse and (2) the State's failure to appropriately serve him with their answer.

There is no right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996).  The Court may appointment counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254 Cases. The Court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings. Therefore, Petitioner's motion for the appointment of counsel.

However, in light of Petitioner's representation that he still does not have a complete copy of the State's answer to his petition, Respondent is hereby ORDERED to serve Petitioner with a copy of its October 11, 2006 answer within seven (7) days of this Order, and

file a proof of service indicating such.  Petitioner may file a traverse within thirty (30) days of being served with Respondent's answer.

Dated:  December 16, 2009

VIRGINIA A. PHILLIPS
United States District Judge