IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EDWARD RATHBUN,<br>　　　　Petitioner,<br>　v.<br>K. PROSPER, Warden,<br>　　　　Respondent.<br>_____/ | Case No. CIV S-06-1311 VAP (HC)<br><br>**[Petition filed on June 29, 2006]**<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

　Dated: March 3, 2010　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　United States District Judge