UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RATHBUN,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, K. PROSPER,<br><br>　　　　　　Defendants. | Case No. 2:06-CV-01311-VAP<br><br>ORDER RE: CERTIFICATE OF APPEALABILITY |

On ___March 31, 2010___ Petitioner filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253.  The Court has reviewed the matter.

IT IS HEREBY ORDERED:

☐ The Certificate of Appealability is **GRANTED**.  The specific issue(s) satisfy §2253(c)(2) as follows:

_____

_____

☑ The Certificate of Appealability is **DENIED** for the following reason(s):
　　☑ There has been no substantial showing of the denial of a constitutional right.
　　☐ The appeal seeks to test the validity of a warrant to remove to another district or place for commitment or trial.
　　☐ The appeal seeks to test the validity of the detention pending removal proceedings.

DATED: 1/3/11

　　　　　　　　　　　　　　　　　　　_/s/ Virginia A. Phillips_
　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE